UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:12-CR-140-TAV-CCS |
| | ) | |
| CHARLES WESLEY BUSH, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This criminal case is before the Court for consideration of the Report and Recommendation entered by United States Magistrate Judge C. Clifford Shirley, Jr., on November 13, 2013 (the "R&R") [Doc. 55]. There have been no timely objections to the R&R and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Fed. R. Crim. P. 51. In the R&R, Magistrate Judge Shirley recommends that an order be entered amending the judgment in this case to reflect that no restitution is due in this case. The basis for this recommendation is the government's withdrawal of its restitution request [Doc. 54].

After a review of the R&R and the record in this case, the Court is in agreement with Magistrate Judge Shirley's recommendation, which the Court adopts and incorporates into its ruling. Thus, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 55] and will enter an

amended judgment reflecting the government's withdrawal of its restitution request contemporaneously with this order.

      IT IS SO ORDERED.

                                    s/ Thomas A. Varlan
                                    CHIEF UNITED STATES DISTRICT JUDGE